# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COLLEEN M. BRADLEY, | : | No. 9 MAP 2021 |
| Appellant | : | |
| v. | : | |
| WEST CHESTER UNIVERSITY FOUNDATION, | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 4th day of August, 2021, the "Application for Relief of Reconsideration" is **DENIED**. The appeal is **QUASHED** based upon Appellant's failure to file a timely brief. *See* Pa.R.A.P. 3305.